UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ROBERT GUY BAKER,

        Plaintiff,

  v.

BILL LOCKYER et al,

        Defendant.

Case Number: CV07-03664 MJJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 21, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert Guy Baker
Prisoner Id T-33741
P.O. Box 290066
Represa, CA 95671

Dated: September 21, 2007

        Richard W. Wieking, Clerk
        By: Barbara Espinoza, Deputy Clerk